# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17867-AMC

JASON A. PRATT

535 SUMMER HILL DRIVE

GILBERTSVILLE, PA 19525-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JASON A. PRATT

    535 SUMMER HILL DRIVE

    GILBERTSVILLE, PA 19525-

Counsel for debtor(s), by electronic notice only.

    MICHAEL SETH SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

Date: 5/11/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee