**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Jason A. Pratt** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **16-17867-amc** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Approval of Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on July 18, 2017 and sent notice via electronic notification and/or First Class Mail on July 18, 2017 to the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading.  I therefore request that the Court enter the Order accompanying said Motion.

                              Respectfully Submitted,


                              _____\s\ Michael Schwartz_____
                              **MICHAEL SCHWARTZ, ESQUIRE**
                              Attorney for Debtor