## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     Jason A. Pratt | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| **MidFirst Bank** | : | |
|     **Movant** | : | **Bankruptcy Case Number** |
| | : | **16-17867 AMC** |
| | : | |
| v. | : | |
| | : | |
| Jason A. Pratt | : | |
| | : | |
|     Respondent/Debtor | : | |
| | : | |
| And | : | |
| | : | |
| **William C. Miller, Esquire** | : | |
|     **Trustee** | : | |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the

Motion of MidFirst Bank was sent this 8th day of August, 2017 via electronic notification and/or

United States, First Class Mail, postage prepaid to all Parties in Interest in the above captioned

matter including:

**Movant's Counsel**
Matteo Weiner, Esq.
KML Law Group


**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee

                                                        \s\ Michael Schwartz
                                          **MICHAEL SCHWARTZ, ESQUIRE**
                                          Attorney for Debtor