**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Jason A. Pratt** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **16-17867-amc** |

## ORDER

**AND NOW,** this 11th day of August, 2017, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,500.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,860.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge