## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        **Jason A. Pratt**                          :        **Chapter 13**
                                                          :        **Bankruptcy No.**
                                                          :        **16-17867 AMC**

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan with the Clerk of the United States Bankruptcy Court on September 18, 2017 and sent notice via electronic notification and/or First Class Mail on September 18, 2017 to the Trustee and all interested parties that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading.  I therefore request that the Court enter the Order accompanying said Motion.

       **/s/ Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor