# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Jason A. Pratt                    :    Chapter 13
                                              :    Bankruptcy No.
                                              :    <u>16-17867 AMC</u>

## <u>ORDER</u>

AND NOW, this  5th  day of  December , 2017 upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is ORDERED that said Motion is granted and Debtor shall be permitted to modify his Chapter 13 Plan.


BY THE COURT:

_____
**Honorable Ashely M. Chan
US Bankruptcy Judge**