## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason A. Pratt<br>　　　　　　　　Debtor<br><br>MIDFIRST BANK<br>　　　　v.<br>Jason A. Pratt<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 16-17867 AMC |

### ORDER

AND NOW, this 17th day of January, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 5, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 535 Summer Hill Drive Gilbertsville, PA 19525.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_/s/ Ashely M. Chan_
United States Bankruptcy Judge.

cc: See attached service list

Jason A. Pratt
535 Summer Hill Drive
Gilbertsville, PA 19525

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Michael Seth Schwartz
707 Lakeside Office Park
Southampton, PA 18966

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532