United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17867-amc
Jason A. Pratt                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 2              Date Rcvd: Jun 25, 2018
                               Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db              +Jason A. Pratt,    535 Summer Hill Drive,    Gilbertsville, PA 19525-8884
13821181        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13821182        +David Apothaker, Esquire,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13821184         Melissa Pratt,    536 Summer Hill Drive,    Gilbertsville, PA 19525
13848460        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13841292        +Midland Mortgage as Servicer for MIDFIRST BANK,    c/o BRIAN CRAIG NICHOLAS,
                  KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13821185        +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13860362        +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:14:54     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 02:14:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 26 2018 02:14:51     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:28:43     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13896653         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2018 02:28:45
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13821180         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2018 02:28:53
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13821179        +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 02:14:47     Calvary SPV,    500 Summit Lake Drive,
                  Suite 400,    Valhalla, NY 10595-2321
13883234        +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 02:14:47     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13828776         E-mail/Text: mrdiscen@discover.com Jun 26 2018 02:14:12     Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13821183        +E-mail/Text: mrdiscen@discover.com Jun 26 2018 02:14:12     Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
13821186        +E-mail/Text: bankruptcynotices@psecu.com Jun 26 2018 02:16:12     P S E C U,
                  1500 Elmerton Ave,    Harrisburg, PA 17110-2990
13903131         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:28:43
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13872959        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:28:35
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13821187        +E-mail/Text: bankruptcynotices@psecu.com Jun 26 2018 02:16:12     Pa Sta Empcu,
                  1500 Elmerton Ave,    Harrisburg, PA 17110-2990
13821188        +E-mail/Text: vci.bkcy@vwcredit.com Jun 26 2018 02:14:45     Vw Credit Inc,    1401 Franklin Blvd,
                  Libertyville, IL 60048-4460
13821189        +E-mail/Text: BKRMailOps@weltman.com Jun 26 2018 02:14:43     Weltman Weinberg & Reis,
                  325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 16
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                               Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: John                  Page 2 of 2                  Date Rcvd: Jun 25, 2018
                              Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Jason A. Pratt msbankruptcy@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    VW Credit, Inc. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASON A. PRATT                                        Chapter 13

            Debtor                    Bankruptcy No. 16-17867-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __25th__ day of __June__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SETH SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
JASON A. PRATT

535 SUMMER HILL DRIVE

GILBERTSVILLE, PA 19525-